108 A.3d 629

IN THE MATTER OF ANTONIO INACIO, A
JUDGE OF THE MUNICIPAL COURT.

February 26, 2015.

## ORDER

The Advisory Committee on Judicial Conduct having filed with the Court pursuant to *Rule* 2:15–15(a), a presentment recommending that **ANTONIO INACIO**, a Judge of the Municipal Court for the Borough of Garwood and the Townships of Clark and Scotch Plains, be publicly reprimanded for violating *Canon* 1 (a judge should personally observe high standards of conduct so the integrity and independence of the judiciary may be preserved), *Canon* 2A (a judge should act at all times in a manner that promotes public confidence in the integrity a impartiality of the judiciary), *Canon* 2B (a judge should not use the judicial office to advance a private or personal interest) of the *Code of Judicial Conduct* and *Rule* 1:15–1(b) (a municipal court judge shall not act as an attorney for the municipality where he is serving or for any agency or officer thereof);

And the Committee having determined that the conduct of respondent in respect of a Garwood Borough councilman does not constitute the appearance of impropriety charged as a violation of *Canon* 2B of the *Code* in Count I of the Formal Complaint, and having recommended that said charge be dismissed;

And respondent, through counsel, having accepted the findings and recommendation for discipline of the Committee and having waived his right to the issuance of an Order to Show Cause and a hearing before the Supreme Court;

And good cause appearing;

It is ORDERED that the findings and recommendation of the Advisory Committee on Judicial Conduct are adopted and **ANTONIO INACIO**, a Judge of the Municipal Court, is hereby publicly reprimanded; and it is further

ORDERED that the charge of violation of *Canon* 2B for an alleged appearance of impropriety in respect of the Garwood councilman is hereby dismissed for lack of clear and convincing evidence.